# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# No. 7:14-CV-201-BR

| | |
|---|---|
| **Jessie Lisane, Jr., et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **Murphy-Brown LLC,** | ) |
| | ) |
| Defendant. | ) |

## **ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE**

This matter comes before the undersigned on the motion of the movant, Laetitia Lisane Cheltenham, Administratrix of the Estate of Fostina Lisane Cooper, requesting that she be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Laetitia Lisane Cheltenham, Administratrix of the Estate of Fostina Lisane Cooper, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Fostina Lisane Cooper the following: "Laetitia Lisane Cheltenham, Administratrix of the Estate of Fostina Lisane Cooper."

So ordered, this the 27th day of September, 2018.

Robert B. Jones, Jr.
United States Magistrate Judge