**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**No. 7:14-CV-201-BR**

| | |
|---|---|
| **Jessie Lisane, Jr., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **Murphy-Brown LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Elisa Hester and Michael Scarbough, as Co-Administrators of the Estate of Joan Scarbough, requesting that they be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Elisa Hester and Michael Scarbough, as Co-Administrators of the Estate of Joan Scarbough, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Joan Scarbough the following: "Elisa Hester and Michael Scarbough, as Co-Administrators of the Estate of Joan Scarbough."

So ordered, this the 15th day of October, 2018.

Robert B. Jones, Jr.
United States Magistrate Judge