IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-201-BR

| | |
|---|---|
| Jessie Lisane, Jr., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Murphy-Brown LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Andrew James, Administrator of the Estate of Betty Ann Smith James, requesting that he be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Andrew James, Administrator of the Estate of Betty Ann Smith James, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Betty Ann Smith James the following: "Andrew James, Administrator of the Estate of Betty Ann Smith James."

So ordered, this the 15th day of October, 2018.

_____
Robert B. Jones, Jr.
United States Magistrate Judge